**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA
ex rel. CAROLYN FERRARA and
ELLEN MURRAY,

    Plaintiffs,

        v.                              CASE NO:  8:04-CV-349-T-30MAP

MICHAEL A. ROSIN, MD, and
MICHAEL A. ROSIN, MD, P.A.,

    Defendants.
_____/

## **CONSENT JUDGMENT**

This matter is before the Court upon the consent (Dkt. #74) of the United States of America; Carolyn Ferrara and Ellen Murray ("Relators"); and Michael A. Rosin, M.D., and Michael A. Rosin, M.D., P.A. (collectively referred to as "Defendants") (hereinafter referred to as "the Parties"), by and through their undersigned counsel and authorized representatives. The Parties' consent hereto, and it now appears to the Court, that:

    1.    This Court has jurisdiction over the Parties as well as over the subject matter of this action.

    2.    In order to avoid the need for expensive discovery and needless litigation, the Parties desire to terminate this cause of action in accordance with the terms and conditions set forth herein.

    3.    The Parties agree that Rosin's criminal conviction estops Defendants from denying liability under the False Claims Act for the claims for which Rosin was convicted

and sentenced.

4.      The Parties further agree that, as a result of this False Claims Act liability, the United States is entitled to single damages for the claims in the amount of $3,641,241.79, plus statutorily-mandated treble damages and civil penalties of $5,500 to $11,000 per claim. In sum, the United States is entitled to $10,923,743.37 in damages, plus civil penalties to be determined by this Court at a later time.

5.      Therefore, the Defendants agree and consent to judgment being entered in favor of the United States and against the Defendants, jointly and severally, for damages in the amount of $10,923,743.37, plus civil penalties to determined by the Court at a later time.

It is THEREFORE ORDERED AND ADJUDGED that:

1.      Judgment is entered in favor of the United States and against the Defendants, namely Michael A. Rosin, M.D., and Michael A. Rosin, M.D. P.A., jointly and severally, $10,923,743.37, plus civil penalties to determined by the Court at a later time.

2.      This case shall remain open so the Court may determine the Relator's share of the recovery.

**DONE** and **ORDERED** in Tampa, Florida on May 22, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Conformed copies to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-349.consent judgment.wpd