**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
ex rel. CAROLYN FERRARA and
ELLEN MURRAY,

      Plaintiffs,

        v.                    CASE NO:  8:04-CV-349-T-30MAP

MICHAEL A. ROSIN, MD, and
MICHAEL A. ROSIN, MD, P.A.,

      Defendants.

_____/

**<u>ORDER</u>**

      Pursuant to F. R. Civ. P. 41 and the False Claims Act, 31 U.S.C § 3730(b)(1), the

United States of America and Michael A. Rosin, M.D., and Michael A. Rosin, M.D., P.A.

(collectively referred to as "Defendants"), have stipulated (1) that under the False Claims

Act, the United States is entitled to civil penalties in the amount of $16,973,000 and (2) to

the dismissal with prejudice of the above-captioned action.

      The United States and Defendants agree that each will bear its own costs, expenses

and attorneys' fees.  The relators, Carolyn Ferrara and Ellen Murray ("Relators"), and

Defendants have not yet reached agreement as to payment of attorneys' fees and costs.

Accordingly, the Court rules as follows:

**IT IS ORDERED** that the United States is entitled to judgment for civil penalties in the amount of $16,973,000, for which let execution immediately issue, and

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice, except with respect to Relators' claims against Defendants under 31 U.S.C. § 3730(d).   The Court retains jurisdiction over this matter for one year to enforce the terms any subsequent settlement agreement based upon the Consent Judgment and the above-captioned action.   The Court also retains jurisdiction of this matter for one year for purposes of determining appropriate expenses, attorney's fees and costs, if any, to be paid to Relators and/or their counsel by Defendants pursuant to 31 U.S.C. § 3730(d)(1).   The United States and Defendants each will bear their own costs, expenses and attorneys' fees.

The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2004\04-cv-349.stip of dismissal.wpd

2