# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
ex. rel. CAROLYN FERRARA and
ELLEN MURRAY,

      Plaintiffs,

v.                                    Case No: 8:04-cv-349-T-30MAP

MICHAEL A. ROSIN and
MICHAEL A. ROSIN, M.D., P.A.,

      Defendants.

_____

## ORDER OF DISMISSAL

      Before the Court is the United States of America's Notice of Voluntary Dismissal

(Dkt. #147).   Upon review and consideration, it is

      **ORDERED AND ADJUDGED** as follows:

    1.      This cause is dismissed with prejudice.

    2.      All pending motions are denied as moot.

    3.      The Clerk is directed to close this case.

      **DONE** and **ORDERED** in Tampa, Florida, this 22nd day of June, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2004\04-cv-349 dismissal.docx